UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-00129-D

**Shontay House & Mary Vega**,

   Plaintiff,

v.

**Federal Home Loan Mortgage Corporation & Brock & Scott, PLLC**,

   Defendants.

**Order**

  Defendants Federal Home Loan Mortgage Corporation and Brock & Scott, PLLC request an order compelling Steve Miller, a non-party to this litigation, to respond to a subpoena. D.E. 22. The subpoena requests that Miller produce certain document by June 22, 2015. D.E. 22-5. However, Defendants did not serve Miller with the subpoena until November 4, 2015, almost four and a half months after the date for compliance had passed. D.E. 22-7. Defendants have not identified any authority which requires a party to comply with a subpoena that is served after the date to respond has passed. Therefore, the Defendants' Motion to Compel is denied. If Miller is properly served with a subpoena in a timely manner and fails to respond, Defendants may seek another order from this court compelling a response.

Dated: May 19, 2016

_Robert T. Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge