UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SHONTAY HOUSE, ) | |
| and MARY VEGA,, ) | |
| Plaintiffs, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| V. ) | **CASE NO. 4:14-cv-129-D** |
| ) | |
| FEDERAL HOME LOAN MORTGAGE ) | |
| CORPORATION, and ) | |
| BROCK & SCOTT PLLC, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendants' motion for summary judgment [D.E. 26] and DENIES plaintiffs' motion for partial summary judgment [D.E. 28]. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on September 28, 2016, and Copies To:**

| | |
|---|---|
| Jeremy Clayton King | (via CM/ECF Notice of Electronic Filing) |
| Steven F. Johnson, II | (via CM/ECF Notice of Electronic Filing) |
| Franklin L. Greene | (via CM/ECF Notice of Electronic Filing) |

DATE:                             JULIE RICHARDS JOHNSTON, CLERK

September 28, 2016           (By) /s/ Nicole Briggeman

                                                      Deputy Clerk